**Order entered November 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00868-CR**
**No. 05-22-00869-CR**
**No. 05-22-00870-CR**
**No. 05-22-00871-CR**

**KENNETH SHERMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-75358-M, F20-75893-M,**
**F20-75847-M & F20-54139-M**

## ORDER

Before the Court is the November 14, 2022 request of court reporter Belinda G. Baraka for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **December 12, 2022**.

/s/ DENNISE GARCIA
   JUSTICE